

# NUMBER 13-17-00404-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE TEXAS DEMOCRACY
FOUNDATION D/B/A
TEXAS OBSERVER AND
NAVEENA SADASIVAM,                                              Appellants,

v.

LYDIA ANN CHANNEL
MOORINGS, LLC,                                                  Appellee.

On appeal from the 156th District Court
of Aransas County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Longoria, and Hinojosa
### Memorandum Opinion Per Curiam

Appellants, The Texas Democracy Foundation d/b/a Texas Observer and

Naveena Sadasivam, perfected an appeal from a judgment entered by the 156th District

Court of Aransas County, Texas, in cause number A-17-0064-CV-B. Appellants have filed a second amended unopposed motion to dismiss the appeal on grounds that the parties have resolved their dispute and have filed a joint notice of nonsuit in the trial court. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' second amended unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
18th day of January, 2018.

2